GERMELIA JOSEPH, Respondent, v GEORGE ATHANASOPOULOS et al., Defendants, and HDMJ RESTAURANT, INC., Appellant.

Decided September 15, 2011

Concur: Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES.

N.J.R. ASSOCIATES, a New York Limited Partnership, Appellant, v NICOLE TAUSEND, a Limited Partner of N.J.R. Associates, Respondent.

Submitted June 13, 2011; decided September 15, 2011

Motion for leave to appeal granted. Motion for a stay pending disposition of the appeal granted.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN CHESTNUT, Appellant.

Submitted September 12, 2011; decided September 15, 2011

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 2 Rector Street, 10th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS FELICIANO, Appellant.

Submitted June 20, 2011; decided September 15, 2011

Motion for reargument denied [see 17 NY3d 14 (2011)].